# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−50130−cag

Chapter No.: 7

Judge: Craig A Gargotta

IN RE: **Trans Tool, LLC** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**9/16/24** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205

MAIL COPY OF PROOF OF CLAIM TO:

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

**** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.

Dated: 6/20/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

| In re: | Case No. 24-50130-cag |
|---|---|
| Trans Tool, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0542-5 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2024 | Form ID: 148 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trans Tool, LLC, 14519 Triple Crown Lane, San Antonio, TX 78248-2503 |
| 18599112 | + | ABF Freight Systems, 4354 Director Dr., San Antonio, TX 78219-3215 |
| 18599113 | + | Albert Uresti, Bexar Cty Tax Assessor-Collector, P.O. Box 839950, San Antonio, Tx. 78283-3950 |
| 18599114 | + | All Metals Fabricating, 200 Allentown Parkway, Allen, TX 75002-4210 |
| 18599115 | + | Balboa Capital Corp., 575 Anton Blvd., #1080, Costa Mesa, CA 92626-7685 |
| 18599118 | + | C-3 Controls, P O Box 496, Beaver, PA 15009-0496 |
| 18599119 | + | C3 Controls c/o Jeffrey Myers, MYERS LAW GROUP, 17025 Perry Highway, Warrendale, PA 15086-7547 |
| 18599120 | + | C3 Controls c/o Myers Law Group, 135 Technology Dr #202, Canonsburg, PA 15317-9549 |
| 18599121 | + | Casanova Tech Solutions, 12506 Argento, San Antonio, TX 78254-4728 |
| 18599122 | + | Crossroads Bank, 1205 N. Cass St., Wabash, IN 46992-1027 |
| 18599123 | + | Dist. Clerk #2024 CI 00604, 101 W. Nueva #217, San Antonio, TX 78205-3411 |
| 18599124 | + | EPMP/Cadrex, 2251 Rudeloff Rd, Seguin, TX 78155-0175 |
| 18599126 | + | EVO Merchants Services, 515 Broadhollow Rd. #100, Melville, NY 11747-3705 |
| 18599127 | + | Express Components Inc, 3330 N. Galloway Ave, #304-129, Mesquite, TX 75150-4728 |
| 18599130 | ++ | FIRST CITIZENS BANK AND TRUST COMPANY, 10201 CENTURION PARKWAY N STE 100, JACKSONVILLE FL 32256-4114 address filed with court:, First Citizens Bank and Trust, 10201 Centurion Pkwy, North Jacksonville, FL 32256 |
| 18599128 | + | Fedex, 3965 Airways Blvd, Module G, 4th Floor, Memphis, TN 38116-5017 |
| 18599129 | | First Citizens Bank & Trust, P.O Box 550599, Jacksonville, FL,32255-0599 |
| 18599131 | + | Grainger, Dept 885923218, P O Box 419267, Kansas City, MO 64141-6267 |
| 18599134 | + | Houston Steel Supply Co., P. O. Box 301212, Dallas, TX 75303-1212 |
| 18599135 | + | Humanetics, Ltd., 12918 Beltex Dr., Manor, TX 78653-4510 |
| 18599138 | + | Jeanne Bloomster/Salmon Properties, 18756 Stone Oak Parkway #200, San Antonio, TX 78258-4354 |
| 18599139 | + | Jeffery Rose//Rose Innovations &, Delivery Maxx/Parcel Box Store, 5931 Iris Isle, San Antonio, TX 78218-3091 |
| 18599141 | + | LTS Metals Processing, P O Box 709, Seguin, TX 78156-0709 |
| 18599140 | + | Linde Gas & Equipment, Dept. 0812, P. O. Box 120812, Dallas, TX 75312-0812 |
| 18599143 | + | Metals 2 Go, P O Box 20425, Waco, TX 76702-0425 |
| 18599144 | + | Microteq Engineering, Inc., 3003 Aniol St, San Antonio, TX 78219-3601 |
| 18599145 | + | NPS Industries, 14519 Triple Crown, San Antonio, TX 78248-2503 |
| 18599146 | + | Powder Perfect LLC, P. O. Box 188, 105 S. Center Street, Marion, TX 78124-2188 |
| 18599147 | + | Royal Mechantile Trust Corp., c/o Metals 2 Go, 1 SE Ocean Blvd., Stuart, FL. 34994-2214 |
| 18599152 | #+ | SOS Equipment Service, 5707 Gardendale Dr. Suite A, Houston, TX 77092-7059 |
| 18599148 | + | Safstrom, Brandon, 36 Poehnert Rd., Boerne, TX 78006-7914 |
| 18599149 | | Safstrom, Robert, 145619 Triple Crown, San Antonio, TX 78248 |
| 18599150 | + | Salmon Properties, 109 Connelly Street, San Antonio, TX 78203-1712 |
| 18599151 | | San Antonio Water System, P. O. Box 650989, San Antonio, TX 78265 |
| 18599643 | | TForce Freight, 234040 Wrangler Road, Calgary, AB, T1X 0K2 |
| 18599155 | + | The Hartford, 3600 Wiseman Blvd., San Antonio, TX 78251-4323 |
| 18599157 | | Transworld Systems/Waste Mgt, P. O. Box 15783, Wilmington, DE 19850 |
| 18599164 | + | Waste Management, P. O. Box 650688, Dallas, Texas 75265-0688 |
| 18599165 | + | Waste Management of TX, P. O. Box 3020, Monroe, Wi 53566-8320 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QJPLOWE.COM | Jun 21 2024 08:05:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jun 21 2024 04:13:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| 18599125 | + Email/Text: legal@ercspecialists.com | Jun 21 2024 04:13:00 | ERC Specialist, 560 Timpanagos Circle, Orem, UT 84097-6225 |
| 18599130 | Email/Text: citjaxbankruptcy@cit.com | Jun 21 2024 04:13:00 | First Citizens Bank and Trust, 10201 Centurion Pkwy, North Jacksonville, FL 32256 |
| 18599132 | + Email/Text: dpetersen@greatamerica.com | Jun 21 2024 04:13:00 | Great American Financial, P. O. Box 660831, Dallas, TX 75266-0831 |
| 18599136 | EDI: IRS.COM | Jun 21 2024 08:05:00 | Internal Revenue Service, Attn: Special Procedures Group, 300 E. 8th St., STOP 5022 AUS, Austin, TX 78701 |
| 18599117 | Email/Text: sanantonio.bankruptcy@publicans.com | Jun 21 2024 04:12:00 | Bexar County Tax Assessor, P. O. Box 839950, San Antonio, Texas 78283 |
| 18599133 | Email/Text: sanantonio.bankruptcy@publicans.com | Jun 21 2024 04:12:00 | Linebarger Goggan, Attn: Don Stecker, 112 E. Pecan St., #2200, San Antonio, TX 78205 |
| 18599116 | Email/Text: sanantonio.bankruptcy@publicans.com | Jun 21 2024 04:12:00 | Bexar County, c/o Don Stecker, 112 E. Pecan St. #2200, San Antonio, Texas 78205 |
| 18600681 | Email/Text: sanantonio.bankruptcy@publicans.com | Jun 21 2024 04:12:00 | Bexar County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 18599142 | + Email/Text: chi.sales@mcmaster.com | Jun 21 2024 04:13:00 | McMaster-Carr, P. O. Box 7690, Chicago, IL 60680-7690 |
| 18599153 | Email/Text: bankruptcy@ar.tforcefreight.com | Jun 21 2024 04:13:00 | T Force Freight, P. O. Box 1216, Richmond, VA 23218 |
| 18599156 | Email/Text: ACCOUNTSRECEIVABLE@TIGER-TX.COM | Jun 21 2024 04:12:00 | Tiger Sanitation, P O Box 200143, San Antonio, TX 78220 |
| 18599154 | + Email/Text: bcd@oag.texas.gov | Jun 21 2024 04:13:00 | Texas Attorney General, P.O. Box 12548, Austin, Texas 78711-2548 |
| 18599158 | + Email/Text: lori.doyle@intselsteel.com | Jun 21 2024 04:12:00 | Triple-S Steel Supply Co., 2042 W. Thompson Pl, San Antonio, TX 78226-1188 |
| 18599159 | + Email/Text: lori.doyle@intselsteel.com | Jun 21 2024 04:12:00 | Triple-S Steel/Intsel Steel, Houston Processing Center, P. O. Box 301212, Dallas, TX 75303-1212 |
| 18599160 | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jun 21 2024 04:13:00 | U. S. Trustee, 615 E. Houston St., #533, San Antonio, Texas 78205-2055 |
| 18599161 | + Email/Text: PDELINQ@sba.gov | Jun 21 2024 04:13:00 | U.S. Small Business Administration, 14925 Kingsport Rd., Ft. Worth, TX 76155-2243 |
| 18599163 | Email/Text: UTSACollections@utsa.edu | Jun 21 2024 04:12:00 | UTSA, 1 UTSA Circle, San Antonio, Texas 78249 |
| 18599162 | + Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Jun 21 2024 04:12:00 | United States Attorney, Attn: AUSA, 601 N.W. Loop 410, #600, San Antonio, TX 78216-5597 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18599137 | *+ | Internal Revenue Service, Special Procedures Insolvency Sec., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Martin Seidler | on behalf of Debtor Trans Tool LLC marty@seidlerlaw.com, ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 4